Sam S. Leslie, CPA
6310 San Vicente Blvd.
Suite 320
Los Angeles, CA 90048
Telephone: 323/549-6900
Facsimile: 323/549-6905
trustee@lesliecpa.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MOJGAN BOODAIE,<br><br>            Debtor. | Case No. 2:09-bk-35755-ER<br>    [Chapter 7]<br><br>TRUSTEE'S NOTICE OF INTENTION TO EMPLOY REAL ESTATE BROKER FOR THE ESTATE'S RESIDENTIAL REAL PROPERTY<br><br>[No Hearing Required Unless Requested; Local Rule 2014-1] |

TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES TRUSTEE, DEBTOR, ALL CREDITORS AND OTHER INTERESTED PARTIES:

    PLEASE TAKE NOTICE that Sam S. Leslie, Chapter 7 Trustee ("Trustee") of the above-captioned estate, has filed an Application seeking authority to employ Coldwell Banker ("Coldwell") through its agents, William Friedman, 5450 Lincoln Blvd., Playa Vista, California 90094 and Michael D. Sahakian, 166 N. Canon Drive, Beverly Hills, California 90210 for the express purpose of marketing the estate's interest in the Debtor's residential
////

1 | real property located at 907 North Roxbury Drive, Beverly
2 | Hills, California 90210 (the "Property").
3 |     The Application provides for a broker's commission of five
4 | percent (5%) to be split between Coldwell and any buyer's broker.
5 |     A copy of the Trustee's Application can be obtained from
6 | the Trustee at the address in the upper left hand corner of the
7 | first page of this Notice or from the Trustee's proposed counsel:

>   Carolyn A. Dye, Esq.
>   3435 Wilshire Blvd.
>   Suite 1045
>   Los Angeles, CA 90010

11 |     PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule
12 | 2014-1(b)(3)(E) requires that anyone wishing to respond or object
13 | to the Application must, within fifteen (15) days of the date of
14 | this Notice, file with the Bankruptcy Court (255 East Temple
15 | Street, Ninth Floor, Los Angeles, California 90012) serve upon
16 | (i) Trustee at the address in the upper left hand corner of the
17 | first page of this Notice; (ii) Carolyn A. Dye, Esq., 3435
18 | Wilshire Blvd., Suite 1045, Los Angeles, California 90010; and
19 | (iii) the Office of the United States Trustee, 725 South Figueroa
20 | Street, Twenty-Sixth Floor, Los Angeles, California 90017, a
21 | request for a hearing and a written response in the form required
22 | by Local Bankruptcy Rule 9013-1(f)(1). A hearing will then be
23 | set and noticed.
24 |     Any objection not timely filed and served may be deemed by
25 | the Court to be consent to the relief requested and may result
26 | ////
27 | ////
28 | ////

in the Court's issuance of an order without further notice or hearing.

Dated: December 17, 2009

_____
Sam S. Leslie, Chapter 7 Trustee

Service Date: December 21, 2009

-3-

| In re:<br><br>MOJGAN BOODAIE,<br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER 2:09-bk-35755-ER |
|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case. My business address is 3435 Wilshire Blvd., Suite 1045, Los Angeles, California 90010.

A true and correct copy of the foregoing document described as Trustee's Notice of Intention to Employ Real Estate Broker for the Estate's Residential Real Property will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 21, 2009, I checked the CM/ECF docket for this bankruptcy case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Stephen F. Biegenzahn        efile@sfblaw.com
Sam S. Leslie                sleslie@ecf.epiqsystems.com, gbaltazar@lesliecpa.com
Alan I. Nahmias              anahmias@mirmanbubman.com, jdale@mirmanbubman.com
Scott H. Noskin              snoskin@mirmanbubman.com
Ramesh Singh                 claims@recoverycorp.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

**II.    SERVED BY U.S. MAIL:** On December 21, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid addressed as follows:

Mojgan Boodaie
907 N. Roxbury Drive
Beverly Hills, CA 90210

**III.    SERVED BY PERSONAL DELIVERY:** Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on December 21, 2009, I arranged for service of the following person(s) and/or entity(ies) to occur on December 21, 2009, by personal delivery as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ernest M. Robles
United States Bankruptcy Judge
Bin Outside Suite 1560
255 East Temple Street
Los Angeles, CA 90010

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 21, 2009

Shawn Sterrett

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                              F 9013-3.1

00004

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:09-bk-35755-ER<br>Central District Of California<br>Los Angeles<br>Fri Dec 18 11:13:53 PST 2009 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>ATTN: Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | Asset Foreclosure Services<br>22837 Ventura Blvd., Suite 350<br>Woodland Hills, CA 91364-1224 |
| Bank Of America<br>P.O. Box 10287<br>Van Nuys, CA 91410-0287 | Bank Of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| Comerica Bank<br>2000 Avenue Of The Stars<br>Los Angeles, CA 90067-4700 | Discover More Card<br>P.O. Box 30943<br>Salt Lake City, UT 84130-0943 | Disney Rewards Card<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| ING Direct<br>P.O. Box 60<br>St. Cloud, MN 56302-0060 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Michael I. Bubman<br>Mirman Bubman<br>21860 Burbank Blvd., Suite 360<br>Woodland Hills, CA 91367-7406 |
| Peter Cohen, Esq.<br>Beverly Hills, CA 90210 | The Gas Company<br>P.O. Box C<br>Monterey Park, CA 91756-0001 | United States Trustee (LA)<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017-5524 |
| Mojgan Boodaie<br>907 No. Roxbury Drive<br>Beverly Hills, CA 90210-3019 | Sam S Leslie<br>Leslie, Engell & Associates LLP<br>6310 San Vicente Blvd., Suite 320<br>Los Angeles, CA 90048-5499 | Stephen F Biegenzahn<br>4300 Via Marisol Ste 764<br>Los Angeles, CA 90042-5079 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Lexus Financial Services
P.O. Box 790069
St. Louis, MO 63179

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Comerica Bank | (u)Courtesy NEF | End of Label Matrix |
| | | Mailable recipients   20 |
| | | Bypassed recipients    2 |
| | | Total                 22 |