CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
Suite 1045
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009

Proposed Attorney for Sam S.
Leslie, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:09-bk-35755-ER |
| | )       [Chapter 7] |
| MOJGAN BOODAIE, | ) |
| | ) DECLARATION OF CAROLYN A. DYE |
| Debtor. | ) RE NON-OPPOSITION TO APPLICA- |
| | ) TION FOR ORDER AUTHORIZING |
| | ) TRUSTEE TO EMPLOY COLDWELL |
| | ) BANKER AS REAL ESTATE BROKER |
| | ) |
| _____ | ) [No Hearing Required] |

I, Carolyn A. Dye, declare:

1.   I am an attorney at law admitted to practice in the State of California and before this Court.

2.   On December 21, 2009, I filed Trustee's Application to Employ Real Estate Broker (the "Application").  (A true and correct copy of the Application is attached hereto as Exhibit 1 and incorporated herein by this reference.)

3.   I did not set a hearing on the Application and indicated in the Notice of the Application (the "Notice") that no hearing would be set unless a party in interest timely filed an objection and requested a hearing pursuant to Local Bankruptcy

1 Rule 2014-1(b)(3)(E).  The Notice was filed with the Court and

2 served on all creditors and other parties required to receive

3 service pursuant to bankruptcy and local rules on December 21,

4 2009.  (A true and correct copy of the Notice is attached to the

5 Application as Exhibit D.  As noted above, a copy of the Applica-

6 tion is attached hereto as Exhibit 1.)

7     4.    Attached hereto as Exhibit 2 are true and correct

8 copies of the Court's Notice of Electronic Filing for the

9 Application and the Notice.

10     5.    The required notice period has lapsed and neither the

11 Trustee nor I have received any written or oral opposition to the

12 Application.  I have also reviewed the Pacer Docket for this case

13 and, as of the date of this Declaration, no opposition or request

14 for a hearing appears on the Court's Docket.  Accordingly, there

15 is no need to set a hearing and the Application may be approved

16 under Local Rule 9013-1(o)(3).

17     6.    Submitted herewith is a form of Order which I respect-

18 fully request the Court enter to authorize the Trustee to employ

19 Coldwell Banker as the estate's real estate broker on the terms

20 set forth in the Application.

21     I declare under penalty of perjury under the laws of the

22 United States of America that the foregoing is true and correct.

23     Executed this 11th day of February, 2010, at Los Angeles,

24 California.

25

26 _____

27 Carolyn A. Dye

28

**00002**

EXHIBIT 1

Sam S. Leslie, CPA
6310 San Vicente Blvd.
Suite 320
Los Angeles, CA 90048
Telephone: 323/549-6900
Facsimile: 323/549-6905
trustee@lesliecpa.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:09-bk-35755-ER |
| | )      [Chapter 7] |
| MOJGAN BOODAIE, | ) |
| | ) TRUSTEE'S APPLICATION TO EMPLOY |
| Debtor. | ) REAL ESTATE BROKER FOR THE |
| | ) ESTATE'S RESIDENTIAL REAL |
| | ) PROPERTY; DECLARATIONS AND |
| | ) EXHIBITS IN SUPPORT THEREOF |
| | ) |
| | ) [No Hearing Required Unless |
| _____ | ) Requested; Local Rule 2014-1] |

Sam S. Leslie, the duly appointed Chapter 7 Trustee in the above-captioned case, respectfully represents:

1.   Mojgan Boodaie ("Debtor") filed for relief under Chapter 7 of the United States Bankruptcy Code on September 23, 2009.

2.   David A. Gill was appointed as Chapter 7 Trustee on or about September 23, 2009, and resigned on or about November 6, 2009.  Sam S. Leslie was appointed as successor Chapter 7 Trustee on or about November 20, 2009, and accepted such appointment thereafter.

3.    The Debtor's estate includes an interest in certain residential real property commonly described as 907 North Roxbury Drive, Beverly Hills, California 90210 (the "Property").

4.    It is essential to the effective administration of this estate that the Property be sold and the interest of this estate be realized from the net sale proceeds thereof for the benefit of the creditors herein.

5.    Trustee requires the professional assistance and representation of a real estate broker for the following purposes:

(a)    To order, analyze and prepare all documentation necessary to place the Property in a proper position to be listed and advertised for sale;

(b)    To "list" the Property according to the most propitious listing services available, holding and conducting such inspections of the Property as are necessary pursuant to reasonable inquiries of purchase, and to solicit reasonable offers for purchase;

(c)    To convey all reasonable offers of purchase to Trustee, and subject to Trustee's approval, to negotiate and confirm acceptance of the best offer; and

(d)    To cause to be prepared on behalf of Trustee and submitted to escrow, any and all documents requiring the endorsement of Trustee or as may be otherwise necessary to consummate a sale of the Property.

6.    For the foregoing and all other necessary and proper purposes, Trustee desires to retain the real estate brokerage services of Coldwell Banker, through its agents William Friedman ("Friedman"), 5450 Lincoln Blvd., Playa Vista, California 90094

-2-

and Michael D. Sahakian ("Sahakian"), 166 N. Canon Drive, Beverly

Hills, California 90210.   (When reference is made to "Broker"

herein, the same shall be deemed to mean Coldwell Banker and its

agents, Friedman and Sahakian.)

    7.    The reason for the selection of the professional named

above is as follows:

        (a)    Trustee believes that Broker is well qualified to

render the foregoing real estate brokerage services because of

Broker's marketing network and extensive experience and success

in the marketing and sale of similar properties.  A copy of

Friedman's and Sahakian's resumes are attached hereto as Exhibits

A and B, respectively; and

        (b)    Broker is well established in the area in which

the Property is situated, and has considerable expertise in the

promotion and sale of real properties of like kind.

    8.    To the best of Trustee's knowledge and based on the

Declarations of Friedman and Sahakian included herewith and the

Statements of Disinterestedness For Employment of Professional

Person Under Bankruptcy Rule 2014 attached hereto as Exhibits C

(Friedman) and D (Sahakian) and which are incorporated herein by

this reference, neither Broker, nor any of its associates or

employees, represent any interest adverse to that of Trustee or

of the estate in the matters on which it is to be retained, and

its principals, licensees, agents, associates and employees are

disinterested persons under Section 101(14) of the Bankruptcy

Code.

    9.    Trustee desires to employ Broker with reasonable fees

paid on a commission basis, subject to determination by the

-3-

00006

1 | Court, with such commission not to exceed five percent (5%) of

2 | the gross selling price of the Property.

3 |     10.    Trustee's Addendum to the proposed listing agreement

4 | attached hereto as Exhibit E affirms that no compensation shall

5 | be paid except upon application to and approval by the Court of

6 | the terms and conditions of the sale of the Property after notice

7 | to all creditors, which then shall be paid out of escrow at

8 | closing without further order of this Court.

9 |     11.    Subject to the Court's approval of this Application,

10 | Broker will have the exclusive right to list the Property for

11 | sale for a 180-day period beginning December 9, 2009, upon

12 | entry of the Order approving this Application, unless otherwise

13 | extended, as provided in Exhibit E.

14 |     12.    The employment would be in the best interest of this

15 | estate.

16 |     13.    Trustee has served Notice of this Application on all

17 | interested parties, a copy of which is attached hereto as Exhibit

18 | F.

19 |     WHEREFORE, Trustee requests that the Court approve Trustee's

20 | employment of Coldwell Banker as his real estate broker to render

21 | services as described herein under an exclusive listing agreement

22 | for a period of 180 days commencing on December 9, 2009, and

23 | ending 180 days thereafter unless otherwise extended; and to

24 | grant Trustee authority to list the Property with Broker so that

25 | a purchaser may be obtained and the Property may be sold subject

26 | to approval by the Court of the terms and conditions of its sale

27 | following notice to all creditors of Trustee's Motion to Sell;

28 | and for payment of such compensation of Broker as the Court may

00007

1 | then determine and allow; and, upon entry of an order approving

2 | Trustee's Motion to Sell the Property for such commission to be

3 | paid out of escrow upon consummation of the sale of the Property

4 | without further order of the Court.

5 | Respectfully submitted,

8 | Dated: December 17, 2009

Sam S. Leslie, Chapter 7 Trustee

-5-

**00008**

### DECLARATION OF SAM S. LESLIE

I, Sam S. Leslie, declare:

1.    I am a Certified Public Accountant and am the duly appointed, qualified and acting Chapter 7 Trustee for the estate of Mojgan Boodaie ("Debtor"), by virtue of my appointment on or about November 20, 2009, and my acceptance of such appointment thereafter.

2.    Except for those matters set forth herein on information and belief, I have personal knowledge of the matters set forth herein and, if called upon as a witness, I could and would testify competently thereto.

3.    In my best judgment in my capacity as Chapter 7 Trustee, and for all the reasons set forth in the accompanying Application which are incorporated herein by this reference, I believe that the employment of Coldwell Banker through its agents William Friedman and Michael D. Sahakian is in the best interest of the estate and its creditors, and respectfully request the Court enter an Order approving the Application.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 17th day of December, 2009 at Los Angeles, California.

_____
Sam S. Leslie

-6-

## DECLARATION OF WILLIAM FRIEDMAN

I, William Friedman, declare:

1.    I am a California real estate licensee, License Number 00672015, and a sales representative of Coldwell Banker, 5450 Lincoln Blvd., Playa Vista, California 90094.

2.    The following is based upon my own personal knowledge and, if called upon, I could and would competently testify thereto.

3.    This Declaration is submitted in support of the Application to Employ Coldwell Banker (the "Application") submitted by Sam S. Leslie, Chapter 7 Trustee ("Trustee") for the estate of Mojgan Boodaie, Case No. 2:09-bk-35755-ER, in connection with the sale of the estate's residential real property commonly described as 907 North Roxbury Drive, Beverly Hills, California 90210 (the "Property").

4.    Coldwell Banker and the representatives, agents and support staff who will handle this matter are professionals within Coldwell Banker's marketing network, with experience in the marketing and sale of real properties of similar kind and condition as that of the subject Property.  (A copy of my resume is attached to the Application as Exhibit A and incorporated herein by this reference.)

5.    As is more particularly set forth in the attached the Statement of Disinterestedness For Employment of Professional Person Under Bankruptcy Rule 2014 attached to the Application as Exhibit C and incorporated herein by this reference, neither I, Coldwell Banker nor any of its principals, representatives, agents, associates or employees represent any interest adverse

-7-

1  to that of the Trustee or of the estate in the matters on which
2  it is to be retained, and Coldwell Banker, its principals, repre-
3  sentatives, agents, associates and employees are disinterested
4  persons under Section 101(14) of the Bankruptcy Code.

5      6.   Subject to the terms, conditions and approvals provided
6  in the Application, Coldwell Banker desires to be employed and
7  enter into the proposed listing agreement to render for and on
8  behalf of Trustee the real estate brokerage services described
9  therein.

10     I declare under penalty of perjury under the laws of the
11 United States of America that the above is true and correct.

12     Executed this 18 day of December, 2009, at Playa Vista,
13 California.

14
15                              William Friedman
16
17
18
19
20
21
22
23
24
25
26
27
28

00011

### DECLARATION OF MICHAEL D. SAHAKIAN

I, Michael D. Sahakian, declare:

1.   I am a California real estate licensee, License Number 00876770, and a sales representative of Coldwell Banker, 166 N. Canon Drive, Beverly Hills, California 90210.

2.   The following is based upon my own personal knowledge and, if called upon, I could and would competently testify thereto.

3.   This Declaration is submitted in support of the Application to Employ Coldwell Banker (the "Application") submitted by Sam S. Leslie, Chapter 7 Trustee ("Trustee") for the estate of Mojgan Boodaie, Case No. 2:09-bk-35755-ER, in connection with the sale of the estate's residential real property commonly described as 907 North Roxbury Drive, Beverly Hills, California 90210 (the "Property").

4.   Coldwell Banker and the representatives, agents and support staff who will handle this matter are professionals within Coldwell Banker's marketing network, with experience in the marketing and sale of real properties of similar kind and condition as that of the subject Property.  (A copy of my resume is attached to the Application as Exhibit B and incorporated herein by this reference.)

5.   As is more particularly set forth in the attached the Statement of Disinterestedness For Employment of Professional Person Under Bankruptcy Rule 2014 attached to the Application as Exhibit D and incorporated herein by this reference, neither I, Coldwell Banker nor any of its principals, representatives, agents, associates or employees represent any interest adverse

-9-

**00012**

1 | to that of the Trustee or of the estate in the matters on which

2 | it is to be retained, and Coldwell Banker, its principals, repre-

3 | sentatives, agents, associates and employees are disinterested

4 | persons under Section 101(14) of the Bankruptcy Code.

5 |     6.    Subject to the terms, conditions and approvals provided

6 | in the Application, Coldwell Banker desires to be employed and

7 | enter into the proposed listing agreement to render for and on

8 | behalf of Trustee the real estate brokerage services described

9 | therein.

10 |     I declare under penalty of perjury under the laws of the

11 | United States of America that the above is true and correct.

12 |     Executed this 18th day of December, 2009, at Beverly Hills,

13 | California.

14

15 |                                Michael D. Sahakian

-10-

**EXHIBIT A**



RESIDENTIAL BROKERAGE

5450 LINCOLN BOULEVARD
PLAYA VISTA, CA 90094
BUS. (310) 305-4200
FAX (310) 578-8393

### WILLIAM FRIEDMAN

William Friedman is a licensed real estate agent engaged in real estate sales transactions for over 30 years. Mr. Friedman is a top producer for Coldwell Banker. He was previously appointed Designated Area Real Estate Salesperson with Federal Home Loan Mortgage Corporation.

In addition to directly assisting individual homeowners and buyers, he has represented major lending institutions, receivers and bankruptcy trustees, including:

**Trustees:**
David Seror
Diane Weil
Richard M. Pachulski
Steve Schwaber
Byron Z. Moldo
James I. Stang
Dennis McGoldrich
David L. Ray
Alfred H. Siegel
James Leonard Brown
Lawrence Diamant
Samuel R. Biggs
Carolyn A. Dye
Nancy Knupfer
Edward M. Wolkowitz
F. Wayne Elggren
Richard K. Diamond
R. Todd Neilson
David A. Gill
Helen Ryan Frazer
Heide Kurtz
Howard Ehrenberg
Alberta Stahl
David K. Gottlieb
Brad D. Krasnoff
Michael Kogan
Amy L. Goldman
Jeffrey I. Golden
Ronald L. Durkin
Jeffrey Coyne
Linda Chu
Christopher Barclay
Sam Leslie
Jason Rund
Barry Schwartz
David L. Hahn

**Lenders:**
Countrywide Home Loans
Federal Home Loan Mortgage Corporation
Lincoln Service Corporation
Bank of America
Cal-Fed Enterprises
Union Federal Savings
California Federal Bank

Southern California Savings
Union Federal Bank
Residential Funding Corporation/GMAC
Coast Federal Bank

**Receivers:**
Adrian Stern
Samuel R. Biggs

Owned And Operated By NRT LLC.

**00015**

**EXHIBIT B**

COLDWELL BANKER RESIDENTIAL BROKERAGE



## RESUME FOR MICHAEL D. SAHAKIAN

I have been a real estate salesperson since 1986 and have been a licensed real estate broker for over 11 years.

I have been associated with Coldwell Banker in Beverly Hills for most of my career and am one of only 10 Previews Directors for the past 15 years.

For the past 7 years, I have been the assistant manager for the Coldwell Banker Beverly Hills South Office.

I'm one of the most highly respected agents in the Westside because of my ethics, impeccable reputation and experience.

I have been employed by the U.S. Bankruptcy court many times over the years and have completed several successful transactions with court trustees. I am very familiar with the entire process.

I specializes in the marketing and sale of multimillion dollar sales throughout the Westside including, Beverly Hills, Bel Air, Brentwood, Holmby Hills and Malibu.

My listings generally vary in price from $2,500,000-$25,000,000.

I have had great success in marketing and selling my high-end listings because of my attention to detail and marketing skills.

I'm consistently ranked among the top 100 agents for Coldwell Banker in Southern California and among the top 1% of agents nationwide.

166 North Canon Drive, Beverly Hills, CA 90210
Office: 310.273.3113

Owned And Operated By NRT LLC.

EXHIBIT C

Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number

Sam S. Leslie, CPA
6310 San Vicente Blvd.
Suite 320
Los Angeles, CA 90048

Telephone: 323/549-6900
Facsimile: 323/549-6905

~~Attorney for~~ Chapter 7 Trustee

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>MOJGAN BOODAIE,<br><br>Debtor. | CHAPTER 7___<br><br>CASE NUMBER<br>2:09-bk-35755-ER<br><br>(No Hearing Required) |
|---|---|

## STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
## OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014
### *(File with Application for Employment)*

1. Name, address and telephone number of the professional ("the Professional") submitting this Statement:

   William Friedman
   Coldwell Banker
   5450 Lincoln Blvd.
   Playa Vista, California 90094
   Telephone: 310/305-4207; Facsimile: 310/836-4720

2. The services to be rendered by the Professional in this case are *(specify)*:

   Real estate brokerage services.

3. The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:

   Proceeds from the sale of the estate's residential real property commonly described as 907 North Roxbury Drive, Beverly Hills, California 90210.

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:

   No retainer is requested.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 2014-1

F20141

Statement of Disinterestedness for Employment of Professional Person - *Page 2*    **F 2014-1**

| In re | | CHAPTER _7_ |
|---|---|---|
| | MOJGAN BOODAIE, | |
| | Debtor. | CASE NUMBER 2:09-bk-35755-ER |

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:

    Conflict check run on existing and prior clients and their principals, as applicable.

6. The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee *(specify, attaching extra pages as necessary)*:

    None.

7. The Professional is not a creditor, an equity security holder or an insider of the debtor, except as follows *(specify, attaching extra pages as necessary)*:

    N/A.

8. The Professional is not and was not an investment banker for any outstanding security of the debtor.

9. The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtor.

10. The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the debtor or of any investment banker for any security of the debtor.

11. The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:

    N/A.

12. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:

    William Friedman of Coldwell Banker.    (See No. 1 for address/telephone.)

13. The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows *(specify, attaching extra pages as necessary)*:

    N/A.

14. Total number of attached pages of supporting documentation: _0_

15. After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

Executed on the _18_ day of _December_ , 20_09_ , at _Playa Vista_ , California.

_William Friedman_
Type Name of Professional

_____
Signature of Professional

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 2014-1**

January 2009

EXHIBIT D

Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar No. & Official Bar Number

Sam S. Leslie, CPA
6310 San Vicente Blvd.
Suite 320
Los Angeles, CA 90048

Telephone: 323/549-6900
Facsimile: 323/549-6905

XXXXXXX Chapter 7 Trustee

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

In re:

MOJGAN BOODAIE,

Debtor.

CHAPTER  7

CASE NUMBER
2:09-bk-35755-ER

(No Hearing Required)

## STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
## OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014
### *(File with Application for Employment)*

1. Name, address and telephone number of the professional ("the Professional") submitting this Statement:

   Michael D. Sahakian
   Coldwell Banker
   166 N. Canon Drive
   Beverly Hills, California 90210
   Telephone: 310/273-3113

2. The services to be rendered by the Professional in this case are *(specify)*:

   Real estate brokerage services.

3. The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:

   Proceeds from the sale of the estate's residential real property commonly described as 907 North Roxbury Drive, Beverly Hills, California 90210.

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:

   No retainer is requested.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 2014-1**

F20141

00022

Statement of Disinterestedness for Employment of Professional Person - *Page 2*    **F 2014-1**

| In re | | |
|---|---|---|
| MOJGAN BOODAIE, | | CHAPTER _7_ |
| | Debtor. | CASE NUMBER 2:09-bk-35755-ER |

5.   The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:
     Conflict check run on existing and prior clients and their principals, as applicable.

6.   The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee *(specify, attaching extra pages as necessary)*:

     None.

7.   The Professional is not a creditor, an equity security holder or an insider of the debtor, except as follows *(specify, attaching extra pages as necessary)*:

     N/A.

8.   The Professional is not and was not an investment banker for any outstanding security of the debtor.

9.   The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtor.

10.  The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the debtor or of any investment banker for any security of the debtor.

11.  The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:

     N/A.

12.  Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:

     Michael D. Sahakian of Coldwell Banker.   (See No. 1 for address/telephone.)

13.  The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows *(specify, attaching extra pages as necessary)*:

     N/A.

14.  Total number of attached pages of supporting documentation: _0_

15.  After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

Executed on the 18th day of December , 20 09 , at Beverly Hills , California.

Michael D. Sahakian
*Type Name of Professional*                                *Signature of Professional*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                              **F 2014-1**

00023