1  CAROLYN A. DYE (SBN 97527)
2  3435 Wilshire Blvd.
   Suite 990
3  Los Angeles, CA 90010
   213/368-5000 – Telephone
4  213/368-5009 – Facsimile

5
   Attorney for Sam S. Leslie,
6  Chapter 7 Trustee

7

FILED & ENTERED

JUL 14 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                 LOS ANGELES DIVISION

11

12  In re                        ) Case No. 2:09-bk-35755-ER
                                 )         [Chapter 7]
13  MOJGAN BOODAIE,              )
                                 )
14                               ) ORDER APPROVING TRUSTEE'S
              Debtor.            ) MOTION FOR ORDER AUTHO-
15                               ) RIZING SALE OF PERSONAL
                                 ) PROPERTY OF THE ESTATE
16                               ) (SCULPTURES)
                                 )
17                               )
                                 ) Date:   May 13, 2010
18                               ) Time:   10:00 a.m.
                                 ) Place:  Courtroom 1568
19                               )         255 East Temple Street
                                 )         Los Angeles, CA 90012
20  ─────────────────────────────)

21

22       The Motion of Sam S. Leslie, Chapter 7 Trustee, for Order

23  Approving Sale of Personal Property of the Estate (Sculptures) came on

24  for hearing at the date, time and place referenced above.  (The Trustee's

25  Motion also sought approval of the sale of the Debtor's real property

26  located at 907 N. Roxbury Drive, Beverly Hills, CA 90210.  That aspect

27  of the Motion was set for a continued hearing and is covered in a

28  separate Order.)  Carolyn A. Dye appeared for the Chapter 7 Trustee.

                              -1-

1  No appearance being made by or on behalf of Debtor and no opposition

2  having been filed to this aspect of the sale motion, there being no

3  overbids and for the reasons set forth in the Court's tentative ruling,

4      IT IS HEREBY ORDERED:

5      1.      The sale of the two sculptures described in the Motion to

6  Annette Shapiro and Leonard Shapiro for a total of $23,750 is approved;

7      2.      Trustee is authorized to execute and deliver any and all

8  documents reasonably required to effectuate the sale; and

9      3.      The buyer, Annette Shapiro and Leonard Shapiro or their

10  agent, are hereby granted access to the Property for purposes of

11  removal of the sculptures.

12

13                                     ###

14

15

16

17

18

19

20

21

22

23

24

25

26  DATED: July 14, 2010
                                    _____
27                                  United States Bankruptcy Judge

28

-2-

1  **NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered
2  are placed on the CM/ECF docket.

3  ## PROOF OF SERVICE OF DOCUMENT

4  I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

5

6  A true and correct copy of the foregoing document described as Order Approving Trustee's Motion for Order Authorizing Sale of Personal Property of the Estate (Sculptures) will be served or was served **(a)**
7  on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

8  **I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – N/A.**

9  **II.    SERVED BY U.S. MAIL.** On May 28, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and
10  correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid addressed as follows:

11
    Office of the U.S. Trustee
12  Attn: Ron Maroko, Esq.
    725 South Figueroa Street
13  Twenty-Sixth Floor
    Los Angeles, California 90017
14
    ☐ Service information continued on attached page
15

16  **III.    SERVED BY PERSONAL DELIVERY.** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 28, 2010, I served the following person(s) and/or entity(ies) by personal delivery as follows.  Listing the
17  judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

18  The Honorable Ernest M. Robles
    United States Bankruptcy Judge
19  255 East Temple Street
    Bin Outside of Suite 1560
20  Los Angeles, CA 90012

21  ☐ Service information continued on attached page

22  I declare under penalty of perjury under the laws of the United States of America that the foregoing is
23  true and correct.

24

25  Dated: May 28, 2010                              _____/s/_____
                                                      Shawn Sterrett
26

27

28

1

**NOTE TO USERS OF THIS FORM:**

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

2

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I** below:  The United States trustee and case trustee (if any) will always be in this category.

3

**4) Category II** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address of person/entity is listed in

4

category I.

5

# NOTICE OF ENTERED ORDER AND SERVICE LIST

6

Notice is given by the court that an order entitled Order Approving Trustee's Motion for Order Authorizing Sale of Personal Property of the Estate (Sculptures) was entered on the date indicated as

7

"Entered" on the first page of this order and will be served in the manner indicated below:

8

**I.      SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to

9

controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the order.  As of May 28, 2010, the following

10

person(s) are currently on the Electronic Mail Notice List for this bankruptcy case to receive NEF transmission at the email address(es) indicated below.

11

Raymond H. Aver            ray@averlaw.com

Stephen F. Biegenzahn     efile@sfblaw.com

12

Carolyn A. Dye            trustee@cadye.com, cdye@ecf.epiqsystems.com

Sam S. Leslie            sleslie@trusteeleslie.com, sleslie@ecf.epiqsystems.com

13

trustee@trusteeleslie.com

Alan I. Nahmias            anahmias@mbnlawyers.com, jdale@mirmanbubman.com

14

Scott H. Noskin            snoskin@mirmanbubman.com

Gary Park            gpark@hicksparklaw.com, dmiller@hicksparklaw.com;

15

jhicks@hicksparklaw.com; amiller@hicksparklaw.com;

dwiesel@hicksparklaw.com; pjohnson@hicksparklaw.com;

16

mmoran@hicksparklaw.com

Ramesh Singh            claims@recoverycorp.com

17

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

18

☐  Service information continued on attached page

19

**II.      SERVED BY THE COURT VIA U.S. MAIL - N/A.**

A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first

20

class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below.

21

☐  Service information continued on attached page

22

**III.      TO BE SERVED BY THE LODGING PARTY – N/A.**

Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the

23

party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the

24

following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email

25

address(es) indicated below.

26

☐  Service information continued on attached page

27

28