| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>Carolyn A. Dye (97527)<br>Law Office of Carolyn A. Dye<br>3435 Wilshire Blvd., Suite 990<br>Los Angeles, CA 90010<br>(213) 368-5000<br>(213) 368-5000<br><br>*Attorney for*  Sam S. Leslie, Chapter 7 Trustee | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>    MOJGAN BOODAIE,<br><br>                                                      Debtor(s). | |
| SAM S. LESLIE,<br><br>                                                      Plaintiff(s),<br><br>                              vs.<br><br>JOSEPH BOODAIE,<br><br>                                                      Defendant(s). | CHAPTER:  7<br><br>CASE NO.:  2:09-bk-35755-ER<br><br>ADVERSARY NO.:2:10-ap-01263-ER<br><br>(No Hearing Required) |

## MOTION FOR DEFAULT JUDGMENT
## UNDER LOCAL BANKRUPTCY RULE 7055-1

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant(s) against whom default judgment is sought *(Name)*:
   Joseph Boodaie

2. Plaintiff filed the Complaint in the above-captioned proceeding on *(specify date)*: March 3, 2010

3. The Summons and Complaint were served on Defendant by    [X] Personal Service    [  ] Mail Service
   on the following date *(specify date)*: See Attached Declaration

4. A conformed copy of the completed Return of Summons form is attached hereto.

5. The time for filing an Answer or other response expired on *(specify date)*: 6/28/10; See Attached Declaration

6. No Answer or other response has been filed or served by Defendant.

7. The default of Defendant:
   a. [X] Has not yet been entered, but is hereby requested
   b. [  ] Was entered on *(specify date)*:

8. **A Status Conference:**
   a. [X] Is scheduled for *(specify date, time, and place)*: 8/5/10 at 10:00 a.m.
   b. [  ] Was held on *(specify date, time, and place)*:

*(Continued on next page)*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 7055-1.2**

F705512

| In re | | CHAPTER: 7 |
|---|---|---|
| MOJGAN BOODAIE, | | |
| | Debtor(s). | CASE NO.: 2:09-bk-35755-ER |

9.  As proof that Plaintiff is entitled to the relief requested in the Complaint, Plaintiff:

   a.  [X] Relies on the Complaint and documents attached thereto.

   b.  [ ] Attaches the following documents to establish a prima facie case:

   (1)  [ ] Declaration of *(specify)*:

   (2)  [ ] Declaration of *(specify)*:

   (3)  [X] Other *(specify)*: Findings of Fact and Conclusions of Law entered in main case,
        No. 2:09-bk-35755-ER on 7/8/10.

10. As further support for entry of a Default Judgment, Plaintiff submits a Memorandum of Points and Authorities *(Optional)*.

11. **DECLARATION OF NON-MILITARY STATUS:** No defendant named in Paragraph 1 above is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (Pub. L. 108-189) (50 U.S. Code App. §§ 501-594). The undersigned declares under penalty of perjury that this statement of defendant's non-military status is true and correct and is made under penalty of perjury under the laws of the United States of America based upon the undersigned's review of said Defendant's Statement of Affairs and Statement of Income and Expenditures filed in this case and is based upon the undersigned's lack of any information or belief that there has been any change of circumstances as to defendant's non-military status.

12. Defaulting party is not an infant or incompetent party.

WHEREFORE, Plaintiff prays that this Court enter a Default Judgment in favor of Plaintiff. A Copy of the proposed Default Judgment is submitted herewith and has been served.

Dated:  8/2/2010

Respectfully submitted,

Firm Name

By:

Name: CAROLYN A DYE
*Attorney for Plaintiff or Plaintiff*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                F 7055-1.2

1 | CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
2 | Suite 1045
Los Angeles, CA 90010
3 | Telephone: 213/368-5000
Facsimile: 213/368-5009
4 | Email: trustee@cadye.com

5 | Attorney for Sam S. Leslie,
Chapter 7 Trustee

6

7

8 |              UNITED STATES BANKRUPTCY COURT

9 |              CENTRAL DISTRICT OF CALIFORNIA

10 |                LOS ANGELES DIVISION

11

12 | In re                        ) Case No. 2:09-bk-35755-ER
                                 )        [Chapter 7]
13 | MOJGAN BOODAIE,              )
                                 ) Adv. No. 2:10-ap-01263-ER
14 |              Debtor.         )
     _____    ) DECLARATION OF CAROLYN A. DYE
15 |                             ) RE SERVICE OF COMPLAINT;
     SAM S. LESLIE, Chapter 7    ) ALIAS SUMMONS AND NOTICE OF
16 | Trustee,                     ) STATUS CONFERENCE; AND ORDER
                                 ) RE: "COURTROOM PROCEDURES"
17 |              Plaintiff,      ) AND "SCHEDULING ORDER RE:
                                 ) STATUS CONFERENCE
18 |      v.                     )
                                 ) Date:  August 5, 2010
19 | JOSEPH BOODAIE, an individual, ) Time:  10:00 a.m.
                                 ) Place: Courtroom 1568
20 |              Defendant.      )        255 E. Temple Street
     _____    )        Los Angeles, CA 90012
21

22 |      I, Carolyn A. Dye, declare:

23 |      1.   I am an attorney at law admitted to practice in the

24 | State of California and before this Court.  I am counsel for the

25 | Plaintiff herein, Sam S. Leslie.

26 |      2.   On May 27, 2010, I personally served the below listed

27 | pleadings on the Defendant herein, Joseph Boodaie, by handing a

28 | ///

1  copy to Ray Aver, counsel for the Defendant, who agreed with his

2  client's consent to accept such service.

3       3.   I also served the Defendant by placing a true and

4  correct copy of the below listed pleadings in a sealed envelope

5  addressed to Joseph Boodaie, 907 N. Roxbury Drive, Beverly Hills,

6  California 90210, and caused such envelope with postage thereon

7  fully prepaid addressed to be placed in the United States mail at

8  Los Angeles, California.

9       Pleadings served:

10          (i)  Complaint: (1) To Determine the validity, priority

11  or extent of a lien or other interest in Property, or in the

12  Alternative; (2) For a Judgment Authorizing the Chapter 7 Trustee

13  to Sell Both the interests of the Estate and of a Non-Debtor

14  Co-Owner in Real Property;

15          (ii)  Alias Summons and Notice of Status Conference; and

16          (iii)  Order re: "Courtroom Procedures" and "Scheduling

17  Order re: Status Conference.

18       I declare under penalty of perjury under the laws of the

19  United States of America that the above is true and correct.

20       Executed this 2nd day of August, 2010, at Los Angeles,

21  California.

22

23

24  Carolyn A. Dye

25

26

27

28

Motion for Default Judgment under Local Bankruptcy Rule 7055-1 - *Page 3*   **F 7055-1.2**

| In re | CHAPTER: 7 |
|---|---|
| MOJGAN BOODAIE, | |
| Debtor(s). | CASE NO.: 2:09-bk-35755-ER |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3435 Wilshire Blvd., Suite 990, Los Angeles, CA 90010

A true and correct copy of the foregoing document described as  Motion for Default Judgement Under
Local Rule 7055-1 _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  August 2, 2010  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Raymond H. Aver          ray@averlaw.com
Carolyn A. Dye           trustee@cadye.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  August 2, 2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Joseph Boodaie
407 Roxbury Drive
Beverly Hills, CA 90201

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  August 2, 2010  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by  facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ernest M. Robles
255 East Temple Street, Bin Out Side Suite 1560
Los Angeles, CA 90010

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/2/10 | Shawn Sterrett | |
|---|---|---|
| Date | Type Name | Signature |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 7055-1.2**